E-filing

**FILED**
JUN 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Charles Johnson          Plaintiff,

vs.

Oakland police
officers R Endow         Defendant.

CASE NO. C08-03140 JCS

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Charles Johnson, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?                Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 and wages per month which you received.

2 _____

3 _____

4 _____

5  2.    Have you received, within the past twelve (12) months, any money from any of the
6 following sources:

7     a.    Business, Profession or                   Yes ___ No ✓
8           self employment?
9     b.    Income from stocks, bonds,                Yes ___ No ✓
10          or royalties?
11    c.    Rent payments?                            Yes ___ No ✓
12    d.    Pensions, annuities, or                   Yes ✓ No [scribbled out]
13          life insurance payments?
14    e.    Federal or State welfare payments,        Yes ___ No ✓
15          Social Security or other govern-
16          ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.

19 Army Reserve $981.00 month

20 _____

21  3.    Are you married?                            Yes ___ No ✓
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____  Net $_____
26  4.    a.    List amount you contribute to your spouse's support:$ _____
27        b.    List the persons other than your spouse who are dependent upon you for support
28              and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1        children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2 _____

3 _____

4   5.    Do you own or are you buying a home?         Yes ___ No ✓

5   Estimated Market Value: $_____ Amount of Mortgage: $_____

6   6.    Do you own an automobile?                    Yes ___ No ✓

7   Make _____ Year _____ Model _____

8   Is it financed? Yes ____ No ✓  If so, Total due: $ _____

9   Monthly Payment: $ _____

10  7.    Do you have a bank account?  Yes ___ No ✓ (Do not include account numbers.)

11  Name(s) and address(es) of bank: _____

12  _____

13  Present balance(s): $ _____

14  Do you own any cash? Yes ___ No ✓ Amount: $ _____

15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16  market value.)                                    Yes ___ No ✓

17  _____

18  8.    What are your monthly expenses?

19  Rent: $ 283<u>00</u>            Utilities: $ 75<u>00</u>

20  Food: $ 450<u>00</u>           Clothing: $ 50<u>00</u>

21  Charge Accounts:

22  Name of Account        Monthly Payment        Total Owed on This Account

23  ___N/A___              $ _____          $ _____

24  _____             $ _____          $ _____

25  _____             $ _____          $ _____

26  9.    Do you have any other debts? (List current obligations, indicating amounts and to whom

27  they are payable.  Do not include account numbers.)

28  Child support over $200 per month, Children are grown now.

- 3 -

1

2  10.    Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ___   No ✓
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6  _N/A_
7

8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.

10
11  6-26-08                          *[signature]*
12    DATE                           SIGNATURE OF APPLICANT

- 4 -