| | |
|---|---|
| 1 | Wayne Johnson, SBN: 112588 |
| 2 | Law Offices of Wayne Johnson |
|   | P.O. Box 19157 |
|   | Oakland, CA 94619 |
| 3 | (510) 451-1166 |
| 4 | Attorney for Plaintiffs |

RECEIVED 08 JUL -9 PM 1:08 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

FILED 2008 JUL 22 PM 1:27 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| CHARLES JOHNSON, JR., | CIVIL NO: C08-03140 JCS |
|---|---|
| PLAINTIFF, | SUBSTITUTION OF ATTORNEYS |
| v. | |
| OAKLAND POLICE OFFICERS R. ENDOW, K. STAGGS, L. AUSMUS, S. SEDER, T. MORK, R. ROSIN, R. VASS, C. COX, R. JENSEN, AND OAKLAND POLICE OFFICERS, WHOSE NAMES ARE NOT KNOWN TO PLAINTIFFS AT THIS TIME, INDIVIDUALLY, AND IN THEIR CAPACITIES AS EMPLOYEES OF THE CITY OF OAKLAND, THE CITY OF OAKLAND, AND DOES 1-10, | |
| DEFENDANTS. | |

1.   Plaintiff, Charles Johnson, hereby substitutes Wayne Johnson, SBN: 112588, whose address and telephone are: P.O. Box 19157, Oakland, California 94619, (510) 451-1166 as his attorney of record in the above matter in place and stead of Charles Johnson, In Propria Persona.

2.   I, Charles Johnson, agree to the above substitution.

3.   I, Wayne Johnson, agree to the above substitution.

SUBSTITUTION OF ATORNEYS      - 1 –

Case 3:08-cv-03140-JCS   Document 4   Filed 07/22/2008   Page 2 of 2

1 | Dated: July 8, 2008

Charles Johnson
In Propria Persona

By: WAYNE JOHNSON
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: 7/21/08

JOSEPH C. SPERO
JUDGE OF THE UNITED STATES DISTRICT COURT

SUBSTITUTION OF ATORNEYS    – 2 –