1 WAYNE JOHNSON, SBN: 112588
2 P.O. Box 19157
3 OAKLAND, CA 94619
4 (510) 451-1166

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES JOHNSON

Plaintiff(s),

v.

OAKLAND POLICE OFFICERS, ET AL.

Defendant(s).

No. C 08-03140

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: July 21, 2008

_____
Signature

Counsel for _____
(Plaintiff, Defendant or indicate "pro se")