UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES JOHNSON                                          No. C-08-03140

        Plaintiff(s),

   v.

OAKLAND POLICE OFFICERS R. ENDOW

        Defendant(s).
_____/

AMENDED ORDER REGARDING STATUS CONFERENCE

ORDER REGARDING STATUS CONFERENCE

    A Status Conference was held on September 18, 2008 before the Honorable Joseph C. Spero. Wayne Johnson, counsel for Plaintiffs and Charles Vose, counsel for Defendants appeared telephonically.

    After hearing arguments from counsel, IT IS ORDERED that Defendant's Motion to Dismiss [9] is denied without prejudice.  The Case Management Conference currently scheduled for October 10, 2008 is rescheduled to November 7, 2008 at 1:30 p.m.  Accordingly, the joint case management statement and rule 26 statements are due by October 31, 2008.

    IT IS FURTHER ORDERED that the parties meet and confer, prior to October 10, 2008, to regarding any potential motions addressed to the first amended complaint.  A response to the first amended complaint or a stipulation to file a second amended complaint is due by October 31, 2008.

    IT IS FURTHER ORDERED that all previous deadlines regarding early settlement, ADR process selection, discovery plan, ADR certification, stipulation to ADR process or notice of need for ADR Process are all continued to October 31, 2008.

    IT IS SO ORDERED.

Dated: September 22, 2008

                                    JOSEPH C. SPERO
                                    United States Magistrate Judge