**Wayne Johnson, SBN: 112588**
**Attorney At Law**
**P.O. Box 19157**
**Oakland, CA 94619**
**(510) 451-1166**

**Attorney for Plaintiff, Charles Johnson**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CHARLES JOHNSON,

      PLAINTIFF

      v.

OAKLAND POLICE OFFICERS R. ENDOW,
K. STAGGS, L. AUSMUS, S. SEDER, T.
MORK, R. ROSIN, R. VASS, C. COX, R.
JENSEN, AND OAKLAND POLICE
OFFICERS WHOSE NAMES ARE NOT
KNOWN TO PLAINTIFFS AT THIS TIME,
INDIVIDUALLY, AND IN THEIR
CAPACITIES AS EMPLOYEES OF
THE CITY OF OAKLAND,  THE CITY OF
OAKLAND, AND DOES 1-10,

      DEFENDANT.
_____/

CIVIL NO:  C 08-03140 JCS

STIPULATION AND ORDER RE FILING
SECOND AMENDED COMPLAINT

      It is hereby stipulated by the parties that plaintiff, Charles Johnson, may file the

accompanying Second Amended Complaint in accordance with the court's Civil Minute Order of

September 18, 2008.

      It is so stipulated.

\\\

STIPULATION TO FILE SECOND AMENDED COMPLAINT RE MINUTE ORDER    - 1 –

1    Dated: 10/27/2008_____

2

3                                              S/_____
                                         Wayne Johnson
4                                        Attorney for Plaintiff

5    Dated: 10/27/2008_____

6

7                                              S/_____
                                         CHARLES E. VOSE
8                                        SR. CITY ATTORNEY
                                         Attorney for Defendants
9

10

11

12

13          IT IS SO ORDERED.

14   Dated: _____    October 27, 2008

15

16   _____

17   _____ JUDGE

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO FILE SECOND AMENDED COMPLAINT RE MINUTE ORDER        - 2 –