1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
2  JAMES F. HODGKINS, Supervising Trial Attorney - State Bar #142561
   CHARLES E. VOSE, Deputy City Attorney - State Bar #139700
3  One Frank H. Ogawa Plaza, 6th Floor, Oakland, California  94612
   Telephone: (510) 238-2961        Fax: (510) 238-6500
4  26289/541299

5  Attorneys for Defendants
   CITY OF OAKLAND and OAKLAND POLICE OFFICERS
6  R. ENDOW, K. STAGGS, L. AUSMUS, S. SEDER,
   T. MORK, R. ROSIN, R. VASS, C. COX, R. JENSEN

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  CHARLES JOHNSON,                      Case No.: C 08-03140 JCS (MEJ)
12            Plaintiff,
13                                        ORDER EXCUSING DEFENDANT
                                          POLICE OFFICERS FROM
14  OAKLAND POLICE OFFICERS R. ENDOW,     SETTLEMENT CONFERENCE
    K. STAGGS, L. AUSMUS, S. SEDER, T.
15  MORK, R. ROSIN, R. VASS, C. COX, R.
    JENSEN, AND OAKLAND POLICE
16  OFFICERS WHOSE NAMES ARE NOT
    KNOWN TO PLAINTIFFS AT THIS TIME,
17  INDIVIDUALLY, AND IN THEIR
    CAPACITIES AS EMPLOYEES OF THE
18  CITY OF OAKLAND, THE CITY OF
    OAKLAND, AND DOES 1-10,
19
20            Defendants.
21

22

23       Upon application by defendants OAKLAND POLICE OFFICERS R.
24  ENDOW, K. STAGGS, L. AUSMUS, S. SEDER, T. MORK, R. ROSIN, R. VASS, C. COX,
25  R. JENSEN in this action, it is hereby ordered as follows:
26

The Defendant Police Officers are hereby excused from attending the settlement conference in this action, scheduled for January 28, 2009. A command level member of the Oakland Police Department will attend the settlement conference on behalf of defendants.

**IT IS SO ORDERED.**

Dated: January __8__, 2009

_____
THE HONORABLE MARIA-ELENA JAMES
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE