1  JOHN A. RUSSO, City Attorney, State Bar #129729
   RANDOLPH W. HALL, Assistant City Attorney, State Bar #080142
2  JAMES F. HODGKINS, Supervising Trial Attorney, State Bar #142561
   CHARLES E. VOSE, Senior Deputy City Attorney, State Bar #139700
3  One Frank Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone: (510) 238-2961    Fax: (510) 238-6500
   cevose@oaklandcityattorney.org
5  26289/544474

Attorneys for Defendants
CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT,
OAKLAND POLICE OFFICERS R. ENDOW, K. STAGGS,
L. AUSMUS, S. SEDER, T. MORK, R. ROSIN, R. VASS,
C. COX, R. JENSEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JOHNSON,<br><br>Plaintiff,<br><br>OAKLAND POLICE OFFICERS R. ENDOW, K. STAGGS, L. AUSMUS, S. SEDER, T. MORK, R. ROSIN, R. VASS, C. COX, R. JENSEN, AND OAKLAND POLICE OFFICERS WHOSE NAMES ARE NOT KNOWN TO PLAINTIFFS AT THIS TIME, INDIVIDUALLY, AND IN THEIR CAPACITIES AS EMPLOYEES OF THE CITY OF OAKLAND, THE CITY OF OAKLAND, AND DOES 1-10,<br><br>Defendants. | Case No.: C 08-03140 JCS<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Magistrate Judge JOSEPH C. SPERO |

 1 | The parties to the above captioned litigation hereby stipulate, by and through their
 2 | undersigned counsel of record, to continue the scheduled date for the Continued Case
 3 | Management Conference from Friday, February 13, 2009, at 1:30 p.m., to Friday, April 24,
 4 | 2009, at 1:30 p.m. The parties further stipulate that the Joint Case Management
 5 | Conference Statement shall be due on Friday, April 17, 2009.
 6 | The parties enter into this Stipulation for the following reasons. There was a
 7 | Settlement Conference before the Honorable Magistrate Judge Maria Elena-James that
 8 | was scheduled for Wednesday, January 28, 2009. Plaintiff Charles Johnson was
 9 | unavailable to attend the Settlement Conference on that date. The next date that
10 | Magistrate Judge James had available for a Settlement Conference was April 15, 2009.
11 | Therefore the parties will not have anything to report to the Court until after the Settlement
12 | Conference. The parties are continuing to conduct discovery in this matter.

Respectfully submitted,

DATED: JANUARY 20, 2009

JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Assistant City Attorney
JAMES F. HODGKINS, Supervising Trial Attorney
CHARLES E. VOSE, Senior Deputy City Attorney

By: /s/
Attorneys for Defendants

DATED: JANUARY 20, 2009

WAYNE JOHNSON, ESQ.

By: /s/
Attorney for Plaintiff
CHARLES JOHNSON

## ORDER

Pursuant to stipulation of the parties and good cause appearing therefore, it is hereby ordered that the date for the Continued Case Management Conference shall be continued from Friday, February 13, 2009, at 1:30 p.m., to Friday, April 24, 2009, at 1:30 p.m. The Joint Case Management Conference Statement shall be due on Friday, April 17, 2009.

**IT IS SO ORDERED.**

Dated: January 26, 2009



JOSEPH C. SPERO
U.S. District Magistrate Judge