1  **Wayne Johnson, SBN: 112588**
   **Attorney At Law**
2  **P.O. Box 19157**
   **Oakland, CA 94619**
3  **(510) 451-1166**

4  Attorney for Plaintiff, Charles Johnson

5

6

7

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11 | CHARLES JOHNSON,                                  | CIVIL NO: C 08-03140 JCS -MEJ
12 |
   |     PLAINTIFF                                     | STIPULATION TO CONTINUE
13 |     v.                                            | SETTLEMENT CONFERENCE
   |                                                   | AND ORDER
14 |                                                   |                    15,
   | OAKLAND POLICE OFFICERS R. ENDOW,                 | DATE: APRIL ~~14~~, 2009
15 | K. STAGGS, L. AUSMUS, S. SEDER, T.                | TIME: 10:00 A.M.
   | MORK, R. ROSIN, R. VASS, C. COX, R.               | CTRM: B, 15TH FLOOR
16 | JENSEN, AND OAKLAND POLICE
17 | OFFICERS WHOSE NAMES ARE NOT
   | KNOWN TO PLAINTIFFS AT THIS TIME,
18 | INDIVIDUALLY, AND IN THEIR
   | CAPACITIES AS EMPLOYEES OF
19 | THE CITY OF OAKLAND,
   | OAKLAND, AND DOES 1-10,
20 |
21 |     DEFENDANT.
   | _____/
22

23 \\\

24 \\\

25 \\\

26

27 \\\

28

---

Stipulation Re Settlement Conference        1

1 | The parties, by and through their respective attorneys of record, hereby stipulate and
2 | agree that the Settlement Conference previously scheduled for January 28, 2009, at 10:00 A.M.
3 | is continued to April 14, 2009, at 10:00 A.M.
4 | DATED: April 2, 2009

By _____/s/_____
Charles A. Vose, Attorney for the Defendants

DATED: April 2, 2009

By _____/s/_____
Wayne Johnson, Attorney for Plaintiff

## ORDER

In accordance with the foregoing stipulation, IT IS HEREBY ORDERED that the settlement conference previously scheduled for January 28, 2009, at 10:00 A.M. is continued to April 14, 2009, at 10:00 A.M.

DATED: April_9_, 2009

_____
The Honorable Maria Elena James
U.S. District Magistrate Judge

Stipulation Re Settlement Conference        2