UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JOHNSON,<br><br>        Plaintiff(s),<br><br>   v.<br><br>OAKLAND POLICE OFFICERS, ET AL.,<br><br>        Defendant(s).<br>_____/ | No. C 08-03140 JCS<br><br>**ORDER OF DISMISSAL** |

The Court having been advised that the parties have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this Court, within sixty (60) days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

IT IS SO ORDERED.

Dated: April 15, 2009

                                                                             JOSEPH C. SPERO<br>
                                                                             United States Magistrate Judge

**United States District Court**
For the Northern District of California